MICHAEL STEPANIAN
Attorney at Law (CSBN 037712)
819 Eddy Street
San Francisco, CA 94109
Telephone: (415) 771-6174
Facsimile:  (415) 474-3748

Attorney for Defendant
RIGOBERTO MORFIN ARIAS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

−ooo−

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>RIGOBERTO MORFIN ARIAS,<br><br>　　　　Defendant.<br>_____/ | CR. No.   10-0833-02-RS<br><br><br><br>**STIPULATION TO VACATE PLEA TO COUNT THREE BY DEFENDANT ARIAS**<br>_____ |

　　　IT IS HEREBY STIPULATED AND AGREED by and between Michael Stepanian, counsel for Rigoberto Morfin Arias, and Assistant United States Attorney Chinhayi Coleman Cadet, that the plea of guilty to Count Three, a violation of 8 U.S.C. Section 1325(a), Improper Entry of an Alien, that was entered before this Court on April 19, 2011, shall be withdrawn in the interest of justice.  See *United States v. Rincon-Jiminez* 595 F.f2d 1192 (9th Cir. 1979); *United States vs. Jones,* 472 F.3d 1136 (9th Cir. 2007); *United States vs. Ortega-Asciano*, 376 F.3d 879 (9th Cir. 2004); and *United States*

1 | *vs. Davis*, 428 F.3d 802 (9th Cir. 2005).

2 |     The parties agree that the defendant's guilty plea as to Count Two remains. At the
3 | time of sentencing on Count Two, the government will move to dismiss Counts One,
4 | Three, and Five. This stipulation does not change in any way the guideline calculation
5 | that counsel have agreed to in the plea agreement signed by counsel and presented to this
6 | Court.

8 | Date: July 6, 2011

                                              /s/
MICHAEL STEPANIAN
Counsel for Defendant
Rigoberto Morfin Arias

Date: July 6, 2011

                                              /s/
CHINHAYI COLEMAN CADET
Assistant U.S. Attorney

SO ORDERED:

July __7__, 2011

                                              
RICHARD SEEBORG
United States District Judge